1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEANDRE ROBINSON,                          No.  2:24-cv-3681 AC P

12                      Plaintiff,

13          v.                                   ORDER

14   NOAH WILLSMORE,

15                      Defendant.

16

17          Plaintiff DeAndre Robinson filed a civil rights complaint against defendant Noah

18   Willsmore, which was docketed under the above-captioned case number.  ECF No. 1.  In

19   reviewing plaintiff's prior lawsuits, the court noticed that plaintiff had previously filed two other

20   civil rights complaints against the same defendant in this court, which have been designated by

21   separate case numbers: 24-cv-2246 DAD SCR and 24-cv-2510 SCR.  The complaints in the three

22   cases involve different incidents alleged to have occurred between plaintiff and defendant.  On

23   December 9, 2024, before the present case was filed, plaintiff filed notices in his other cases

24   against defendant Willsmore inquiring why two case numbers had been assigned to his case

25   against defendant Willsmore.  See Case Nos. 24-cv-2246 DAD SCR, ECF No. 14; 24-cv-2510

26   SCR, ECF No. 5.  Plaintiff's notice in those cases suggest that he intended to amend or

27   supplement his initial complaint against Willsmore and not to create separate cases.  Accordingly,

28   ////

1

the court seeks clarification from plaintiff as to whether he intended this case to be a separate case.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Within **fourteen days** of the service of this order, plaintiff shall notify the court whether he intended the attached complaint to be filed as a separate case or as an amendment to his August 2024 complaint against defendant Willsmore.  If plaintiff does provide the required notice, the attached complaint will be filed as a motion to amend the complaint in <u>Robinson v. Willsmore</u>, No. 2:24-cv-2246 DAD SCR, and this case will be closed.

      2.  The Clerk of the Court is directed to attach a coy of the complaint filed December 23, 2024 (ECF No. 1) to this order.

DATED: January 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2