# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEANDRE ROBINSON,

     Plaintiff,

  v.

NOAH WILLSMORE,

     Defendant.

_____ /

No. 2:24-cv-3681 TLN AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Deandre Robinson, XREF # 2881890, a necessary and material witness in a settlement conference in this case on June 30, 2026, is confined in the Sacramento County Rio Cosumnes Correctional Center, in the custody of the Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Tuesday, June 30, 2026 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Sacramento County Rio Cosumnes Correctional Center, 12500 Bruceville Road, Elk Grove, CA 95757:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 18, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE