# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEANDRE ROBINSON,

Plaintiff,

v.

NOAH WILLSMORE,

Defendant.

No. 2:24-cv-3681 TLN AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Deandre Robinson, XREF # 2881890, a necessary and material witness in a settlement conference in this case on September 16, 2026, is confined in the Sacramento County Main Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Chi Soo Kim at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, September 16, 2026 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff, Sacramento County Main Jail, 651 I Street, Sacramento, CA 95814:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kim at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 25, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE