UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br>Plaintiff,<br>v.<br>NOAH WILLSMORE,<br>Defendant. | No. 2:24-cv-3681 TLN AC (P)<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. A settlement conference was held on September 16, 2026, and the case did not settle. ECF No. 26. Accordingly, the stay of this action is lifted.

Defendants shall file a responsive pleading within twenty-one days.

In addition, if a party has not yet filed a Magistrate Judge Consent/Decline form, the parties shall complete and return the form provided within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action (ECF No. 21) is LIFTED.

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

3. The Clerk of the Court is directed to send the parties the Consent/Decline of U.S. Magistrate Judge Jurisdiction form, accompanied by the Chief Judge's letter concerning

Magistrate Judge Consent in Civil Cases.

4. If any party has not yet filed a Magistrate Judge Consent/Decline form, the parties shall complete and return the Magistrate Judge Consent/Decline form within thirty days from the date of this order.

DATED: September 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE